# STEVENS & LEE
### LAWYERS & CONSULTANTS

485 Madison Avenue, 20th Floor
New York, NY 10022
(212) 319-8500 Fax (212) 319-8505
www.stevenslee.com



Direct Dial:   (609) 987-6680
Direct Fax:   (610) 371-7928
Email:   blm@stevenslee.com

May 8, 2013

VIA E-Mail:  CoteNYSDChambers@nysd.uscourts.gov

Honorable Denise L. Cote
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007

Re:   Curtis v. Cenlar FSB, et al.
      Case No. 13-cv-3007 (DLC)

Dear Judge Cote:

    This firm represents Defendants Cenlar, FSB, Cenlar Agency, Inc. (collectively "Cenlar) and Federal Home Loan Mortgage Corporation ("Freddie Mac").  By letter dated May 7, 2013, counsel for Defendants, American Security Insurance Company ("ASCI") and Assurant, Inc., ("Assurant") wrote Your Honor and requested a 30-day extension of the deadline for ASCI and Assurant to respond to Plaintiff's Complaint.  We recently received notice that their request was granted and that they are required to respond to the Complaint on or before June 10, 2013.  For the reasons stated therein, we also request an extension to June 10, 2013, of the deadline for Cenlar and Freddie Mac to respond to Plaintiff's Complaint.  This is Cenlar's and Freddie Mac's first request to this court for such an extension.

    As the Court is aware, Plaintiff initiated this matter in the Supreme Court of the State of New York.  Subsequently, Defendants, ASCI and Assurant, removed the matter to this Court.  Pursuant to Fed. R. Civ. P. 81(c), Cenlar's and Freddie Mac's responses are due May 10, 2013.  Given the length of the Complaint, the complex legal and factual issues raised therein, and number of parties involved in this matter, an extension is warranted.

    We contacted Plaintiff and requested that he consent to our request for an extension of time to respond to the Complaint.  However, our request was denied.  Defendants ASCI and Assurant have no objection.

Philadelphia • Reading • Valley Forge • Lehigh Valley • Harrisburg • Lancaster • Scranton
Williamsport • Wilkes-Barre • Princeton • Cherry Hill • New York • Wilmington
Richard J. Pinto, Managing Shareholder    Harry A. Horwitz, Managing Shareholder

A PA PROFESSIONAL CORPORATION

## STEVENS & LEE
A PA Professional Corporation

Honorable Denise L. Cote
May 8, 2013
Page 2

      Accordingly, pursuant to Rule 1(E) of Your Honor's Individual Practices, we respectfully request that Cenlar's and Freddie Mac's time to respond to Plaintiff's Complaint be extended until June 10, 2013.

Respectfully submitted,

*[signature]*

Bradley L. Mitchell

Cc: Thomas M. Curtis, *pro se* (via email)
John C. Pitblado, Esquire (via email)
Karen E. Abravanel, Esquire (via email)

*Granted.*

*[signature] Denise Cote*
*May 8, 2013*

05/08/2013 SL1 1234874v1 105627.00006