UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------- X
                                             :
THOMAS M. CURTIS,                            :
                                             :
                Plaintiff,                   :    Case No.  13-cv-3007 (DLC)
                                             :
         - v -                               :
                                             :
CENLAR FSB, d/b/a CENTRAL LOAN               :    **RULE 7.1 STATEMENT OF**
ADMINISTRATION & REPORTING; CENLAR           :    **DEFENDANT ASSURANT, INC.**
AGENCY, INC., FEDERAL HOME LOAN              :
MORTGAGE CORPORATION; AMERICAN               :
SECURITY INSURANCE COMPANY; and              :
ASSURANT, INC.                               :
                                             :
                Defendants.                  :
-------------------------------------------- X

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel in this case for defendant Assurant, Inc. I certify that I am admitted to practice before this Court.

Dated: New York, New York
       May 10, 2013

                                       /s/ Andrew T. Solomon
                                       Andrew T. Solomon
                                       Sullivan & Worcester LLP
                                       1633 Broadway, 32nd Floor
                                       New York, New York 10019
                                       Telephone: (212) 660-3000
                                       Facsimile: (212) 660-3001
                                       asolomon@sandw.com

**CERTIFICATE OF SERVICE**

      I certify that on May 10, 2013, I filed a true and correct copy of the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for all parties.

Dated: New York, New York
       May 10, 2013                                        /s/ Andrew T. Solomon
                                                                         Andrew T. Solomon