UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
:
THOMAS M. CURTIS, :
:
          Plaintiff, :    Case No.  13-cv-3007 (DLC)
:
      - v - :
: **RULE 7.1 STATEMENT OF**
CENLAR FSB, d/b/a CENTRAL LOAN : **DEFENDANT ASSURANT, INC.**
ADMINISTRATION & REPORTING; CENLAR :
AGENCY, INC., FEDERAL HOME LOAN :
MORTGAGE CORPORATION; AMERICAN :
SECURITY INSURANCE COMPANY; and :
ASSURANT, INC. :
:
          Defendants. :
------------------------------------------- X

      Pursuant to Fed. R. Civ. P. 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Assurant, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

      Assurant, Inc. is a publicly held and traded corporation.  No corporation owns more than 10% of the stock of Assurant, Inc.

| Dated: May 10, 2013 | SULLIVAN & WORCESTER LLP |
|---|---|
| | By: */s/ Andrew T. Solomon*<br>Andrew T. Solomon<br>Karen E. Abravanel<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 660-3069<br>Facsimile: (212) 660-3001<br>Email:  asolomon@sandw.com<br><br>*Attorneys for Defendant*<br>*American Security Insurance Company* |

{N0343479; 1}