UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                            :

THOMAS M. CURTIS,                    :

              Plaintiff,     :       Case No.  13-cv-3007 (DLC)

            - v -           :

CENLAR FSB, d/b/a CENTRAL LOAN    :      **RULE 7.1 STATEMENT OF**
ADMINISTRATION & REPORTING; CENLAR :      **DEFENDANT AMERICAN**
AGENCY, INC., FEDERAL HOME LOAN    :  **SECURITY INSURANCE COMPANY**
MORTGAGE CORPORATION; AMERICAN  :
SECURITY INSURANCE COMPANY; and    :
ASSURANT, INC.                   :

            Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

     Pursuant to Fed. R. Civ. P. 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for American Security Insurance Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

     Non-party Interfinancial, Inc., wholly owns American Security Insurance Company and is, in turn, a wholly owned subsidiary of Assurant, Inc., a publicly held and traded corporation. No corporation owns more than 10% of the stock of Assurant, Inc.

Dated: May 10, 2013           SULLIVAN & WORCESTER LLP

                       By: */s/ Andrew T. Solomon*
                       Andrew T. Solomon
                       Karen E. Abravanel
                       1633 Broadway
                       New York, New York 10019
                       Telephone: (212) 660-3069
                       Facsimile: (212) 660-3001
                       Email:  asolomon@sandw.com

                       *Attorneys for Defendant*
                       *American Security Insurance Company*