```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
THOMAS M. CURTIS,                         :
                                          :     13 Civ. 3007 (DLC)
                    Plaintiff,            :
          -v-                             :         ORDER
                                          :
CENLAR FSB, d/b/a CENTRAL LOAN            :
ADMINISTRATION & REPORTING; CENLAR        :
AGENCY, INC., FEDERAL HOME LOAN           :
MORTGAGE CORPORATION; AMERICAN SECURITY   :
INSURANCE COMPANY; and ASSURANT, INC.,    :
                                          :
                    Defendants.           :
                                          :
-----------------------------------------X
```



DENISE COTE, District Judge:

   IT IS HEREBY ORDERED that the June 21, 2013 initial pretrial conference is rescheduled to **June 14, 2013** at **11:30 a.m.** in Courtroom 15B.

   All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time; and counsel are directed to appear promptly. **All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.**

   Requests for adjournment may be made only in writing by e-mailing a letter to the Court at CoteNYSDChambers@nysd.uscourts.gov. no later than two business days before the conference. The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate times and dates on succeeding Fridays when all counsel are available. Unless counsel are notified that the conference has been adjourned it will be held as scheduled.

Dated:   New York, New York
         May 13, 2013

                                   _____
                                          DENISE COTE
                                   United States District Judge

Copies mailed to:


Thomas M. Curtis
Attorney At Law
1385 York Avenue, Suite 32-B
New York, NY 10021