UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
                                             :
THOMAS M. CURTIS,                            :
                                             :
                Plaintiff,                   :   Case No. 13-cv-3007-DLC
                                             :
        - v -                                :
                                             :
CENLAR FSB, d/b/a CENTRAL LOAN               :
ADMINISTRATION & REPORTING; CENLAR           :
AGENCY, INC., FEDERAL HOME LOAN              :   **NOTICE OF MOTION**
MORTGAGE CORPORATION; AMERICAN               :
SECURITY INSURANCE COMPANY; and              :
ASSURANT, INC.                               :
                                             :
                Defendants.                  :
------------------------------------------- X

**PLEASE TAKE NOTICE THAT,** upon the Declaration of Rebecca H. Voyles dated June 4, 2013, the Declaration of Ronald K. Wilson dated June 3, 2013, the Declaration of Jessica Olich dated June 4, 2013, the accompanying memorandum of law, and all prior pleadings and proceedings had herein, defendants American Security Insurance Company and Assurant, Inc., pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), will move this Court, Hon. Denise L. Cote, in Courtroom 15B of the United States Courthouse located at 500 Pearl Street, New York, New York 10007, for an order dismissing the Verified Complaint in this action for lack of subject matter jurisdiction and for failure to state a claim.

PLEASE TAKE FURTHER NOTICE, that pursuant to Local Civil Rule 6.1(b), any opposing affidavits and memoranda of law shall be served within fourteen days after service of this motion, and any reply affidavits and memoranda of law shall be served within seven days after service of the opposition.

Dated: New York, New York
June 7, 2013

By: /s/ Andrew T. Solomon
SULLIVAN & WORCESTER LLP
Andrew T. Solomon
Karen E. Abravanel
1633 Broadway
New York, New York 10019
Telephone: (212) 660-3000
Facsimile: (212) 660-3001

JORDEN BURT LLP
Robert D. Helfand
175 Powder Forest Drive
Suite 301
Simsbury CT 06089
Telephone: (860) 392-5000
Facsimile: (860) 392-5058

*Attorneys for Defendants American Security Insurance Company and Assurant, Inc.*

To: Thomas M. Curtis, Esq.
Law Office of Thomas M. Curtis
1385 York Avenue, Suite 32 B
New York, New York 10021
*Attorneys for Plaintiff*

Bradley L. Mitchell, Esq.
Stevens & Lee
485 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (646) 254-6385
Facsimile: (610) 371-7928
Email: blm@stevenslee.com
*Attorneys for Defendants
Cenlar, FSB, d/b/a Central Loan
Administration & Reporting;
Cenlar Agency, Inc.; and
Federal Home Loan Mortgage
Corporation*

## CERTIFICATE OF SERVICE

I certify that on June 7, 2013 I caused true and correct copies the foregoing Notice of Motion, the Declaration of Rebecca H. Voyles dated June 4, 2013, the Declaration of Ronald K. Wilson dated June 3, 2013, the Declaration of Jessica Olich dated June 4, 2013, and the Memorandum of Law in Support of Motion to Dismiss by Defendants Assurant, Inc. and American Security Insurance Company to be served by ECF filing on counsel for Cenlar, FSB, d/b/a Central Loan Administration & Reporting, Cenlar Agency, Inc. and Federal Home Loan Mortgage Corporation and by FedEx on counsel for plaintiff at the following address.

Thomas M. Curtis, Esq.
Law Office of Thomas M. Curtis
1385 York Avenue, Suite 32 B
New York, New York 10021

/s/ Andrew T. Solomon
Andrew T. Solomon