UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS M. CURTIS | ECF Case No. 13-cv-3007 |
| Plaintiff, | |
| vs. | DECLARATION OF JESSICA OLICH IN SUPPORT OF MOTION TO DISMISS VERIFIED COMPLAINT |
| CENLAR FSB, d/b/a CENTRAL LOAN ADMINISTRATION & REPORTING;, *et al.*, | |
| Defendants. | |

I, Jessica Olich, declare as follows:

1. My name is Jessica Olich. The statements set forth herein are based upon my personal knowledge, or are based upon a personal review of the corporate records and/or publicly available information of Assurant, Inc. ("Assurant"), and information and/or records regarding American Security Insurance Company ("American Security"), some of which were provided to my by other officers of Assurant or by employees of American Security.

2. I am over 21 years of age and competent to testify to the statements set forth herein.

3. I am a Vice President and Assistant Secretary of Assurant. My business address is One Chase Manhattan Plaza, 41st Floor, New York, New York 10005

4. I have reviewed the Verified Complaint filed in this case. I make this declaration in support of Assurant's motion to dismiss.

5. I am familiar with the public company known as "Assurant, Inc.," which is a Delaware corporation whose shares trade on the New York Stock Exchange under the symbol AIZ, and whose principal place of business is New York, New York.

6. Assurant is not an insurance company, and does not issue or underwrite insurance policies.

7. Assurant does not collect premiums paid for insurance policies.

8. Assurant does not contract with residential mortgage lenders and servicers to provide any products or services related to lender-placed insurance.

9. Assurant does not pay, and has never paid, commissions to any residential mortgage lender or servicer related to lender-placed insurance.

10. Assurant is American Security's indirect parent. American Security's immediate parent is Interfinancial Inc., and Assurant is the immediate parent of Interfinancial Inc. American Security is a Delaware corporation whose principal place of business is Atlanta, Georgia. American Security is an insurance company.

11. Assurant is not involved in American Security's daily decisionmaking or business operations. Assurant maintains separate books and corporate records from American Security. American Security generates its own business.

12. Assurant does not participate in, direct, or control the placement, procurement, or binding of insurance policies that American Security issues, nor does Assurant set or participate in setting the policy terms for insurance policies issued by American Security, including the policies issued to protect plaintiff's property. None of the actuaries who work in American Security's Miami actuarial department and perform analyses in connection with American Security's lender-placed insurance rates are employed by Assurant, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 4, 2013.

                                                                                                                                    Jessica Olich

*DC 262135v1*