UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| THOMAS M. CURTIS,, | : | Civil Action No. 13-cv-3007 (DLC) |
| Plaintiff, | : | **DEFENDANT CENLAR FSB'S RULE 7.1 DISCLOSURE STATEMENT** |
| v. | : | |
| CENLAR FSB , *et al.*, | : | |
| Defendants. | : | |

The undersigned counsel for Defendant CENLAR FSB certifies that this party is a non-governmental corporate party and that:

|   | This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here: |
|---|---|

**OR**

|   | |
|---|---|
| X | This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock. |

 /s/ Bradley L. Mitchell
Signature of Attorney

Bradley L. Mitchell
Print Name

June 10, 2013
Date

STEVENS & LEE, P.C.
Name of Firm

485 Madison, Avenue, 20th Floor
Address

New York, NY 10022
City/State/ZIP Code

SL1 1240528v1 105627.00006