UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------- X
                                              :
THOMAS M. CURTIS,                             :
                                              :
             Plaintiff,        :   Case No. 13-cv-3007-DLC
                                              :
    - v -                                   :
                                              :
CENLAR FSB, d/b/a CENTRAL LOAN                :
ADMINISTRATION & REPORTING; CENLAR            :   **NOTICE OF APPEARANCE**
AGENCY, INC., FEDERAL HOME LOAN               :
MORTGAGE CORPORATION; AMERICAN                :
SECURITY INSURANCE COMPANY; and               :
ASSURANT, INC.                                :
                                              :
             Defendants.       :
-------------------------------------------- X

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in this case for defendants American Security Insurance Company and Assurant, Inc. I certify that I am admitted to practice before this Court.

Dated: New York, New York
       June 11, 2013

                                                By: /s/ Robert D. Helfand
                                                  Robert D. Helfand
                                            Jorden Burt LLP
                                            175 Powder Forest Drive, Suite 301
                                            Simsbury, CT 06089
                                            Telephone: (860) 392-5044
                                            Facsimile: (860) 392-5058
                                            Email: rdh@jordenusa.com

                                            *Attorneys for Defendants American Security*
                                            *Insurance Company and Assurant, Inc.*

To:    Thomas M. Curtis, Esq.
         Law Office of Thomas M. Curtis
         1385 York Avenue, Suite 32 B
         New York, New York 10021
         *Attorneys for Plaintiff*

Bradley L. Mitchell, Esq.
Stevens & Lee
485 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (646) 254-6385
Facsimile: (610) 371-7928
Email: blm@stevenslee.com
*Attorneys for Defendants*
*Cenlar, FSB, d/b/a Central Loan*
*Administration & Reporting;*
*Cenlar Agency, Inc.; and*
*Federal Home Loan Mortgage*
*Corporation*

## **CERTIFICATE OF SERVICE**

I certify that on June 11, 2013 I caused true and correct copies the foregoing Notice of Appearance to be served by ECF filing on counsel for Cenlar, FSB, d/b/a Central Loan Administration & Reporting, Cenlar Agency, Inc. and Federal Home Loan Mortgage Corporation and by U.S. Mailing on counsel for plaintiff at the following address.

Thomas M. Curtis, Esq.
Law Office of Thomas M. Curtis
1385 York Avenue, Suite 32 B
New York, New York 10021

/s/ Robert D. Helfand
Robert D. Helfand