UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thomas M. Curtis
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

CENLAR, FSB D/B/A CENTRAL LOAN
ADMINISTRATION & REPORTING, CENLAR AGENCY,
INC, FEDERAL HOME LOAN MORTGAGE
CORPORATION, AMERICAN SECURITY INSURANCE
COMPANY & ASSURANT, INC
*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-14-2013
```

13 Civ. 3007 -DLC ( )( )

**NOTICE OF APPEARANCE**

Please take notice that I, __Thomas M. Curtis__, a plaintiff in
*(name)*
this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: __New York__, __NY__
        *(town/city)*   *(state)*
       __6/14__, 20__13__

__[signature]__
Signature of Plaintiff
__1385 York Ave__
Address
__New York NY 10021__
City, State & Zip Code
__212 734 4915__
Telephone Number
__EMAIL thomasmcurtis@yahoo.com__
~~Fax Number~~ *(if you have one)*

Rev. 05/2007                                        4