```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:_____        │
│ DATE FILED: 6/14/13         │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thomas M. Curtis

Plaintiff,

-against-

CENLAR FSB d/b/a CENTRAL
LOAN ADMINISTRATION + REPORTING
CENLAR AGENCY, INC, FEDERAL
HOMELOANS MORTGAGE CORP, AMERICAN
SECURITY INSURANCE COMPANY +
ASSURANT, INC

Defendant(s).

Docket Number: 13 cv 3007 DLC

**Motion for Permission for
Electronic Case Filing**

As the (Plaintiff/~~Defendant~~) *pro se* ___Thomas M. Curtis___ in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.
2. I have completed the ~~Court~~ NY COUNTY's CM/ECF introduction course.
3. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.
4. I understand that e-mail is not foolproof, and therefore, I must regularly review the docket sheet of the case so that I do not miss a filing.
5. I have regular access to the technical requirements necessary to e-file successfully:
   - [✓] A computer with internet access;
   - [✓] An e-mail account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - [✓] A scanner to convert documents that are only in paper format into electronic files;
   - [✓] A printer or copier to create to create required paper copies such as chambers copies;
   - [✓] A word-processing program to create documents; and
   - [✓] A pdf reader and a pdf writer to convert word-processing documents into pdf format, the only electronic format in which documents can ~~be e-~~filed.

Date: 6/14/13                    Signature: /s/ Thomas Curtis
Name: Thomas M. Curtis
Address: 1385 York Ave
         New York NY 10021
Phone Number: (212) 734-4915
E-mail Address: thomasmcurtis@yahoo.com

So Ordered:

_____
U.S. District Judge / U.S. Magistrate Judge

[RECEIVED JUN 14 2013 PRO SE OFFICE stamp]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thomas M. Curtis
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

13 Civ. 3007 (DLC) ( )

- against -

CENLAR, FSB, d/b/a CENTRAL LOAN
ADMINISTRATION + REPORTING, CENLAR
AGENCY, INC, FEDERAL HOME LOAN
MORTGAGE CORPORATION, AMERICAN
SECURITY INSURANCE COMPANY AND
ASSURANT, INC

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**AFFIRMATION IN
SUPPORT OF MOTION**
FOR PERMISSION FOR
ELECTRONIC CASE FILING

I, Thomas M. Curtis, **affirm under penalty of perjury that:**
*(name)*

1. I, Thomas M. Curtis, am the plaintiff/~~defendant~~ in the above entitled action,
   *(name)*          *(circle one)*

and respectfully move this Court to issue an order FOR PERMISSION TO FILE ELECTRONICALLY
*(state what you want the Judge to order)*

2. The reason why I am entitled to the relief I seek is the following *(state all your reasons using additional paragraphs and sheets of paper as necessary)*: IT WOULD BE EASIER THE PARTIES AND THE COURT IF I WERE PERMITTED TO FILE ELECTRONICALLY

**WHEREFORE**, I respectfully request that the Court grant this motion, as well as such other and further relief as may be just and proper.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: NEW YORK , NY          Signature _Thomas M Curtis_
       *(city)*    *(state)*         Address 1385 YORK AVE, 32J
       JUNE 14, 20 13                        NEW YORK NY 10021
       *(month)* *(day)* *(year)*   Telephone Number (212) 734-4915
                                    Fax Number *(if you have one)* _____

*Rev. 05/2010*