UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X
THOMAS M. CURTIS,
                Plaintiff,  :  13 Civ. 3007 (DLC) (RLE)

    -v-  :
                                        ORDER OF
CENLAR FSB, d/b/a CENTRAL LOAN  :  REFERENCE TO A
ADMINISTRATION & REPORTING; CENLAR  :  MAGISTRATE JUDGE
AGENCY, INC., FEDERAL HOME LOAN  :
MORTGAGE CORPORATION; AMERICAN  :
SECURITY INSURANCE COMPANY; and  :
ASSURANT, INC.,  :
               Defendants.  :
---------------------------------------------X

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_\_ Specific Non-Dispositive Motion/Dispute

\_\_\_ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

\_\_\_ Habeas Corpus

**X** Settlement

\_\_\_ Social Security

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:

SO ORDERED:
Dated: New York, New York
      June 17, 2013

                                    DENISE COTE
                        United States District Judge