```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
THOMAS M. CURTIS,                         :
                                          :
                Plaintiff,                :    13 Civ. 3007 (DLC)
        -v-                               :
                                          :    PRETRIAL
CENLAR FSB, d/b/a CENTRAL LOAN            :    SCHEDULING ORDER
ADMINISTRATION & REPORTING; CENLAR        :
AGENCY, INC., FEDERAL HOME LOAN MORTGAGE: :
CORPORATION; AMERICAN SECURITY INSURANCE: :
COMPANY; and ASSURANT, INC.,              :
                                          :
                Defendants.               :
----------------------------------------- X
```

6/19/2013

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on June 14, 2013, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties are instructed to contact the chambers of Magistrate Judge Ellis prior to **July 5, 2013** in order to pursue settlement discussions under his supervision.

2. On June 7, 2013, the defendants, American Security Insurance Company and Assurant, Inc., filed a motion to dismiss. Plaintiff's opposition shall be due **July 26, 2013**; the reply, if any, shall be due **August 9, 2013**.

3. On June 14, 2013, the plaintiff filed a motion to remand this action. Defendants' opposition shall be due **July 12, 2013**; the reply, if any, shall be due **August 2, 2013**.

   At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         June 18, 2013

                                    _____
                                              DENISE COTE
                                    United States District Judge

Copies mailed to:

Thomas M. Curtis
Attorney At Law
1385 York Avenue, Suite 32-B
New York, NY 10021