```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-21-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS M. CURTIS,

                     Plaintiff,

      - against -

CENLAR FSB, d/b/a CENTRAL LOAN
ADMINISTRATION & REPORTING, et al.,
                     Defendants.

SETTLEMENT
CONFERENCE ORDER

13 Civ. 3007 (DLC) (RLE)

RONALD L. ELLIS, United States Magistrate Judge:

    This action has been referred to Magistrate Judge Ronald L. Ellis for SETTLEMENT.

    **A CONFERENCE WILL BE HELD IN THIS CASE BY THE JUDGE ON JULY 8, 2013, AT 2:30 P.M. IN COURTROOM 11C, 500 PEARL STREET.** YOU ARE REQUIRED TO APPEAR PERSONALLY AT THIS CONFERENCE IF YOU ARE PROCEEDING IN THIS CASE AS A PRO-SE. IF THE DEFENDANT HAS RETAINED AN ATTORNEY, YOU MUST SEND A COPY OF THIS NOTICE TO THAT ATTORNEY. IF, AS FAR AS YOU KNOW, THE DEFENDANT HAS NOT YET RETAINED AN ATTORNEY, YOU MUST SEND A COPY OF THIS NOTICE TO THE DEFENDANT AT THE ADDRESS AT WHICH HE OR SHE WAS SERVED WITH THE SUMMONS AND COMPLAINT.

    The individuals present must have full authority to settle the case on any terms which may arise in the case.

    No request for adjournment will be considered unless made at least **THREE BUSINESS DAYS** before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Michael Brantley, 212-805-0242.

                                                              *[signature]*
                                                             The Honorable Ronald L. Ellis
                                                              United States Magistrate Judge

SO ORDERED
June 21, 2013