UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
THOMAS M. CURTIS,                       :
                                        :
                    Plaintiff,          :    13 Civ. 3007 (DLC)
                                        :
          -v-                           :
                                        :        ORDER
CENLAR FSB, d/b/a CENTRAL LOAN          :
ADMINISTRATION & REPORTING; CENLAR      :
AGENCY, INC., FEDERAL HOME LOAN MORTGAGE:
CORPORATION; AMERICAN SECURITY INSURANCE:
COMPANY; and ASSURANT, INC.,            :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   On June 14, 2013, <u>pro se</u> plaintiff Thomas M. Curtis filed a "Motion for Permission for Electronic Case Filing". Since the plaintiff has not completed this Courthouse's CM/ECF introduction course, the application is denied without prejudice. The plaintiff may re-file the application upon completion of the course.

Dated:    New York, New York
          June 21, 2013

                                   _____
                                            DENISE COTE
                                   United States District Judge

Copies mailed to:

Thomas M. Curtis
Attorney At Law
1385 York Avenue, Suite 32-B
New York, NY 10021