```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
THOMAS M. CURTIS,                        :
                                         :
                     Plaintiff,          :    13 Civ. 3007 (DLC)
          -v-                            :
                                         :         ORDER
CENLAR FSB, d/b/a CENTRAL LOAN           :
ADMINISTRATION & REPORTING; CENLAR       :
AGENCY, INC., FEDERAL HOME LOAN          :
MORTGAGE CORPORATION; AMERICAN           :
SECURITY INSURANCE COMPANY; and          :
ASSURANT, INC.,                          :
                                         :
                     Defendants.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

In a letter dated July 26, 2013 ("July 26 Letter"), the pro se plaintiff Thomas M. Curtis requests an extension of the time in which to file his opposition to the defendants' motion to dismiss until Monday, July 29, 2013. The July 26 Letter was sent directly to the Court and not to the Court's Pro Se Office. It is hereby

ORDERED that the plaintiff's request is granted. The plaintiff's opposition to the defendants' motion to dismiss shall be submitted by **July 29, 2013.**

IT IS FURTHER ORDERED that the plaintiff is reminded that all communications with the Court by a pro se party should be addressed to the Pro Se Office.

Dated:   New York, New York
         June 26, 2013
         ~~June~~ July

_____
DENISE COTE
United States District Judge

COPIES MAILED TO:

Thomas M. Curtis
Attorney At Law
1385 York Avenue, Suite 32-B
New York, NY 10021