# THOMAS M. CURTIS
thomasmcurtis@yahoo.com

| | |
|---|---|
| 1385 York Avenue, Suite 32-B<br>New York, NY 10021 | Tel: (212) 734 4915<br>Fax: (212) 535 4688<br>Cell: (646) 981 8076 |

BY HAND DELIVERY

September 4, 2013

Pro Se Office
United States District Court
Southern District of New York
500 Pearl Street, Room 200
New York, New York 10007

    Re: <u>Curtis v. Cenlar FSB, et.al.</u> No. 13-cv-3007 (DLC)

Dear Sirs:

    I am writing you with regard to the pending motion by defendants Assurant Inc. and American Security Insurance Company to dismiss the complaint. I am writing you because Judge Cote has directed that I address all communications to the Court through the Pro Se Office.

    I have not received any communication from the Court regarding argument time and I now request that the motion to dismiss be argued for the following reasons: I recently received a lengthy Reply Memorandum of Law from the moving defendants which argues the "filed rate doctrine" in exquisite detail. While the Florida rates filed by American Security may be exorbitant they do not have anything to do with this case. The core issue is whether an insurance policy was placed when none should have been placed and whether I as plaintiff should have been charged for that policy. The rate charged is irrelevant to that issue. I note that almost the entire charge was refunded after the complaint was served with proof of insurance. I also note that the force placed policy was back dated when there was no loss prior to its placement. That too has nothing to do with rates but with collecting a premium for a period during which there was no risk.

    I am out of town or otherwise unavailable from 9/11/13 – 9/19/13, 11/23 & 11/24/13 and 10/7-10/12/13 and request that argument be scheduled for some other date.

    Would you kindly make my request to Judge Cote.

Very truly yours,

*/s/ Thomas M. Curtis*
Thomas M. Curtis

TMC:ms