UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
:
THOMAS M. CURTIS,                        :
:
                Plaintiff,    :    13 Civ. 3007 (DLC)
  -v-                                    :
:           ORDER
CENLAR FSB, d/b/a CENTRAL LOAN           :
ADMINISTRATION & REPORTING; CENLAR       :
AGENCY, INC., FEDERAL HOME LOAN          :
MORTGAGE CORPORATION; AMERICAN           :
SECURITY INSURANCE COMPANY; and          :
ASSURANT, INC.,                          :
:
                Defendants.   :
:
---------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: 9-5-2013

DENISE COTE, District Judge:

    On September 4, 2013, plaintiff submitted a letter to the Court requesting that oral argument be scheduled regarding defendants' motion to dismiss.  The Court has not yet determined whether it will hold oral argument in connection with this motion and will notify plaintiff if it chooses to do so.

Dated:    New York, New York
          September 5, 2013

                                      _____
                                         DENISE COTE
                             United States District Judge

COPIES MAILED TO:

Thomas M. Curtis
Attorney At Law
1385 York Avenue, Suite 32-B
New York, NY 10021