```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
THOMAS M. CURTIS,                        :
                                         :
                      Plaintiff,         :     13 Civ. 3007 (DLC)
           -v-                           :
                                         :     SCHEDULING ORDER
CENLAR FSB, d/b/a CENTRAL LOAN           :
ADMINISTRATION & REPORTING; CENLAR       :
AGENCY, INC., and FEDERAL HOME LOAN      :
MORTGAGE CORPORATION.                    :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On November 12, 2013, the Court granted summary judgment dismissing all claims against American Security Insurance Company and Assurant, Inc. It is hereby

ORDERED that defendants' counsel is instructed to contact the chambers of Magistrate Judge Ellis prior to **January 10, 2014** in order to schedule settlement discussions under his supervision.

IT IS FURTHER ORDERED that all pretrial inquiry by each party into the evidence and knowledge of the other, whether by interrogatories, depositions, or production of documents shall be completed by **April 11, 2014.**

IT IS FURTHER ORDERED that either party may request an extension of the dates for the completion of discovery or for pretrial motions, and they will be extended if the party

requesting the extension demonstrates that its pursuit of the action has been diligent and that there is a good reason for extending the deadline.  If no extensions are granted, no discovery or pretrial motions will be permitted after the dates specified herein.

IT IS FURTHER ORDERED that the parties must write the Court by **April 18, 2014** as to whether they wish to take expert discovery.  If expert discovery is requested, the parties shall propose an expert discovery schedule by that date.

IT IS FURTHER ORDERED that any motion by the defendants for summary judgment must be served by **May 2, 2014**.  If a motion is filed, any opposition must be served by **June 6, 2014**.  Reply papers, if any, must be served by **June 13, 2014**.  In addition, at the time any motion for summary judgment is served, the defendants shall provide plaintiff with a "Notice For Pro Se Litigants Regarding Opposition to a Summary Judgment Motion" pursuant to Local Civil Rule 56.2.

IT IS FURTHER ORDERED that by **April 11, 2014,** defendants shall inform the Court by letter as to whether a summary judgment motion is being made.

IT IS FURTHER ORDERED that within two weeks after the time for filing motions has passed if no motion is filed, or within two weeks after decision on the motion if a motion is filed, plaintiff shall file a concise, written Pretrial Statement.

This Statement need take no particular form, but it <u>must</u> contain the following:  1) a statement of the facts plaintiff hopes to prove at trial; 2) a list of all documents or other physical objects that the plaintiff plans to put into evidence at trial; and 3) a list of the names and addresses of all witnesses plaintiff intends to have testify at trial.  The Statement must be sworn by the plaintiff to be true and accurate based on the facts known by the plaintiff.  Plaintiff shall file an original of this Statement with the Clerk of Court <u>and</u> serve a copy on the attorneys for defendants.  The original filed with the Clerk of Court must include a certificate stating the date a copy was mailed to the attorneys for the defendants.

IT IS FURTHER ORDERED that the defendants file and serve a similar Statement of their case containing the same information two weeks after service of plaintiff's Statement.  The defendants are further directed to file simultaneously with their Statement proposed findings of fact and conclusions of law.  The <u>pro se</u> plaintiff may also file a proposed findings of fact and conclusions of law, but the plaintiff is not required to do so.

IT IS FURTHER ORDERED that any party may be prevented from presenting at trial any information that is not included in the required Statements.

IT IS FURTHER ORDERED that when filing any papers with the

3

Court, the parties shall provide a courtesy copy to Chambers by sending them to this Court's Pro Se Office, Room 230, United States Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, the entry of judgment by default, or such other action as may be just in the circumstances.

SO ORDERED:

Dated:   New York, New York
         November 26, 2013

                                          _____
                                                   DENISE COTE
                                          United States District Judge

COPY MAILED TO:

Thomas M. Curtis  
Attorney At Law  
1385 York Avenue, Suite 32-B  
New York, NY 10021