UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X
THOMAS M. CURTIS,                            :
                                             :      11/26/2013
              Plaintiff,                     :
       -v-                                   :      13 Civ. 3007 (DLC)(RLE)
                                             :
CENLAR FSB, d/b/a CENTRAL LOAN               :      ORDER OF
ADMINISTRATION & REPORTING; CENLAR AGENCY,   :      REFERENCE TO A
INC., and FEDERAL HOME LOAN MORTGAGE         :      MAGISTRATE JUDGE
CORPORATION.                                 :
                                             :
              Defendants.                    :
                                             :
---------------------------------------------X

DENISE COTE, District Judge:

   The above entitled action is referred to the designated
Magistrate Judge for the following purpose:

___  General Pretrial (includes           ___  Consent under 28 U.S.C. §
     scheduling, discovery, non-               636(c) for all purposes
     dispositive pretrial motions,             (including trial)
     and settlement)

___  Specific Non-Dispositive             ___  Consent under 28 U.S.C. §
     Motion/Dispute                            636(c) for limited purpose
                                               (e.g., dispositive motion,
                                               preliminary injunction)
     _____                   Purpose:

     _____                   _____

     If referral is for discovery        ___  Habeas Corpus
     disputes when the District
     Judge is unavailable, the
     time period of the referral:

     _____

_X_  Settlement                          ___  Social Security

___  Inquest After Default/Damages       ___  Dispositive Motion (i.e.,
     Hearing                                  motion requiring a Report
                                              and Recommendation)
                                              Particular Motion:

                                              _____

     SO ORDERED:

Dated:    New York, New York
          November 26, 2013
                                              _____
                                              DENISE COTE
                                              United States District Judge