UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS CURTIS,

                Plaintiff,

    - against -

CENLAR FSB, et al.,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-6-13

**SETTLEMENT CONFERENCE ORDER**

13 Civ. 3007 (DLC) (RLE)

RONALD L. ELLIS, United States Magistrate Judge:

This action has been referred to Magistrate Judge Ronald L. Ellis for SETTLEMENT.

**A CONFERENCE WILL BE HELD IN THIS CASE BY THE JUDGE ON DECEMBER 23, 2013, AT 11 A.M. IN COURTROOM 11C, 500 PEARL STREET.** YOU ARE REQUIRED TO APPEAR PERSONALLY AT THIS CONFERENCE IF YOU ARE PROCEEDING IN THIS CASE AS A PRO-SE. IF THE DEFENDANT HAS RETAINED AN ATTORNEY, YOU MUST SEND A COPY OF THIS NOTICE TO THAT ATTORNEY. IF, AS FAR AS YOU KNOW, THE DEFENDANT HAS NOT YET RETAINED AN ATTORNEY, YOU MUST SEND A COPY OF THIS NOTICE TO THE DEFENDANT AT THE ADDRESS AT WHICH HE OR SHE WAS SERVED WITH THE SUMMONS AND COMPLAINT.

The individuals present must have full authority to settle the case on any terms which may arise in the case.

No request for adjournment will be considered unless made at least **THREE BUSINESS DAYS** before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Michael Brantley, 212-805-0242.

                                                         The Honorable Ronald L. Ellis
                                                         United States Magistrate Judge

**SO ORDERED**
**December 6, 2013**