# STEVENS & LEE
## LAWYERS & CONSULTANTS

485 Madison Avenue, 20th Floor
New York, NY 10022
(212) 319-8500 Fax (212) 319-8505
www.stevenslee.com

Direct Dial:   (609) 987-6680
Direct Fax:   (610) 371-7928
Email:   blm@stevenslee.com

December 17, 2013

<u>VIA ECF</u>

Honorable Ronald L. Ellis
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   <u>Curtis v. Cenlar FSB, et al.</u>
      Case No. 13-cv-3007 (DLC) (RLE)

Dear Judge Ellis:

We write as counsel for Defendants Cenlar, FSB, Cenlar Agency, Inc. (collectively "Cenlar) and Federal Home Loan Mortgage Corporation ("Freddie Mac") in connection with the above-referenced matter. A Settlement Conference Order was issued in this case on December 6, 2013, scheduling a settlement conference before Your Honor on Monday, December 23, 2013, at 11:00 AM.

In accordance with the terms of that Order, as well as Your Honor's Individual Practices, we write now to request that this scheduled conference be adjourned. This request is being made as I am scheduled to be out of the office next week on vacation. There have been no previous requests to adjourn this conference. In addition, I have conferred with my adversary, and he has advised that he consents to this adjournment request.

The Court's consideration of this request is greatly appreciated. I am available to discuss this matter further today, as well as Thursday and Friday this week.

**SO ORDERED**
/s/ Ronell Ellis (12-19-13)
**MAGISTRATE JUDGE RONALD L. ELLIS**

Respectfully submitted,
/s/ Bradley L. Mitchell
Bradley L. Mitchell

Conference adjourned to Jan. 28, 2014 at 10:00 a.m.

cc:   Thomas M. Curtis, <i>pro se</i> (via email)

Philadelphia  •  Reading  •  Valley Forge  •  Lehigh Valley  •  Harrisburg  •  Lancaster  •  Scranton
Williamsport  •  Wilkes-Barre  •  Princeton  •  Cherry Hill  •  New York  •  Wilmington
Richard J. Finn, Managing Shareholder   Harris B. Rosen, Managing Shareholder
A PA PROFESSIONAL CORPORATION

SL1 1275447v1 105627.00006