Thomas M. Curtis
Plaintiff, *Pro Se*
1385 York Avenue, Suite 32-B
New York, NY 10021
Tel: (212) 734-4915

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x Case No.13 civ 3007(DLC)(RLE)
THOMAS M. CURTIS                    :
                                    :
            Plaintiff,              :
                                    :
        -against-                   :
                                    :   ORDER TO SHOW CAUSE
                                    :   BROUGHT BY PLAINTIFF
CENLAR, FSB, d/b/a CENTRAL LOAN     :   PURSUANT TO FRCP 65(a) FOR
ADMINISTRATION & REPORTING, CENLAR  :   A PRELIMINARY INJUNCTION
AGENCY, INC., FEDERAL HOME LOAN     :   ENJOINING CENLAR, FSB AND
MORTGAGE CORPORATION, AMERICAN      :   FEDERAL HOME LOAN MORTGAGE
SECURITY INSURANCE COMPANY, and     :   CORPORATION FROM PURCHASING
ASSURANT, INC.                      :   WIND COVERAGE INSURANCE
                                    :   ON PLAINTIFF'S PROPERTY
            Defendants.             :
------------------------------------x

RECEIVED DEC 23 2013 PRO SE OFFICE

UPON READING AND FILING the declaration of Thomas M. Curtis ant the exhibits annexed thereto, the pleadings and prior proceedings herein, and sufficient cause having been alleged,

LET the defendants Cenlar, FSB and Federal Home Loan Mortgage Corporation or their counsel, show cause at Courtroom 15B, at the Courthouse located at 500 Pearl Street, New York, NY 10007 on January __ 2014 at 10:00 o'clock in the forenoon of that day or as soon thereafter as Counsel can be heard, why an Order should not be made:

1. Enjoining defendants from purchasing a "wind coverage" insurance policy on plaintiff's property at 326 Kenilworth Boulevard, West Palm Beach, Florida 33405 and imposing upon plaintiff the obligation of paying for said insurance policy upon plaintiff posting a reasonable bond or the premium for such policy

with the Court to pay possible costs and damages sustained by defendants or to indemnify defendants for the purchase price of said policy in the event that the issue is ultimately decided in defendants favor;

2. Enjoining defendants from purchasing a back dated "wind coverage" insurance policy on plaintiff's property at 326 Kenilworth Boulevard, West Palm Beach, Florida 33405 and imposing upon plaintiff the obligation of paying for said insurance policy when there has been no loss claimed to the date of issuance of the said policy; and

3. Enjoining defendants from billing plaintiff an additional $227.85 which has appeared on plaintiff's mortgage statements since April, 2013, and for which defendants have no explanation which sum plaintiff offers to deposit with the Court until the issue is resolved at trial.

ORDERED that service of this Order, and the papers upon which it is based, upon the said defendants' attorneys via ECF, on or before December 26, 2013 shall be deemed good and sufficient service; and it is further

ORDERED that opposition papers, if any, are to be served by mail and email upon plaintiff, *pro se*, at 1385 York Avenue, Suite 32B, New York, NY 10021, and at thomasmcurtis@yahoo.com so as to be received on or before January 17, 2014; and it is further

ORDERED that reply papers, if any, are to be served by upon defendants' counsel of record through the *pro se* office on or before January 31, 2014.

Dated: December 26, 2013
       New York, New York

*Katherine Polk Failla*
United States District Judge
Katherine Polk Failla
sitting in Part I

-2-

COPIES MAILED TO:

Thomas M. Curtis
Attorney At Law
1385 York Avenue, Suite 32-B
New York, NY 10021