UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
THOMAS M. CURTIS,                        :
                                         :
                 Plaintiff,              :    13 Civ. 3007 (DLC)
         -v-                             :
                                         :    ORDER
CENLAR FSB, d/b/a CENTRAL LOAN           :
ADMINISTRATION & REPORTING; CENLAR       :
AGENCY, INC., and FEDERAL HOME LOAN      :
MORTGAGE CORPORATION.                    :
                                         :
                 Defendants.             :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

   On November 12, 2013, the Court granted summary judgment dismissing all claims against two of the defendants in this action. On November 26, an Order referred this case to Magistrate Judge Ellis for supervision of settlement discussions and required discovery to be completed by April 11, 2014. In papers dated December 23, 2013, the plaintiff applied for an order to show cause why a preliminary injunction should not be entered enjoining the two remaining defendants from, inter alia, purchasing wind coverage insurance on the plaintiff's property in West Palm Beach, Florida. In this Court's absence, the Part One Judge signed the proposed order on December 26, 2013, and scheduled opposition papers to be served on January 17, 2014. It is hereby

   ORDERED that the December 26, 2013 Order is vacated.

IT IS FURTHER ORDERED that the parties shall arrange a conference call with the Court to be held no later than **January 17, 2014**. They shall be prepared to address in that call whether they require any further discovery in this case and whether this case is capable of immediate resolution either through a motion or a trial.

IT IS FURTHER ORDERED that the parties shall discuss before the Magistrate Judge in their settlement conference the plaintiff's proposal that he deposit a sum of money with the Court pending resolution of this litigation.

SO ORDERED:

Dated:   New York, New York
         January 8, 2014

                                    _____
                                         DENISE COTE
                                    United States District Judge

COPY MAILED TO:

Thomas M. Curtis
Attorney At Law
1385 York Avenue, Suite 32-B
New York, NY 10021