```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
THOMAS M. CURTIS,                        :
                                         :
                      Plaintiff,         :      13 Civ. 3007 (DLC)
            -v-                          :
                                         :          ORDER
CENLAR FSB, d/b/a CENTRAL LOAN           :
ADMINISTRATION & REPORTING; CENLAR       :
AGENCY, INC., and FEDERAL HOME LOAN      :
MORTGAGE CORPORATION.                    :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Pursuant to a telephonic conference of January 17, 2014, it is hereby

ORDERED that the plaintiff's December 23, 2013 request for a preliminary injunction is denied.

IT IS FURTHER ORDERED that the schedule for non-expert discovery in this Court's Order of November 27, 2013, remains in place.

IT IS FURTHER ORDERED that plaintiff must file any expert report by **May 16, 2014**.  The defendants must file any expert report by **June 6, 2014**.  Expert discovery will close on **June 27, 2014**.

IT IS FURTHER ORDERED that any motion for summary judgment must be filed by **July 18, 2014**.  Any opposition must be filed by

August 14, 2014. Any reply must be filed by August 28, 2014. If the defendants file a motion for summary judgment, when it is served they shall provide plaintiff with a "Notice For Pro Se Litigants Regarding Opposition to a Summary Judgment Motion" pursuant to Local Civil Rule 56.2.

IT IS FURTHER ORDERED that by July 4, 2014, defendants shall inform the Court by letter as to whether a summary judgment motion is being made.

IT IS FURTHER ORDERED that within two weeks after the time for filing motions has passed if no motion is filed, or within two weeks after decision on the motion if a motion is filed, plaintiff shall file a concise, written Pretrial Statement. This Statement need take no particular form, but it must contain the following: 1) a statement of the facts plaintiff hopes to prove at trial; 2) a list of all documents or other physical objects that the plaintiff plans to put into evidence at trial; and 3) a list of the names and addresses of all witnesses plaintiff intends to have testify at trial. The Statement must be sworn by the plaintiff to be true and accurate based on the facts known by the plaintiff. Plaintiff shall file an original of this Statement with the Clerk of Court and serve a copy on the attorneys for defendants. The original filed with the Clerk of Court must include a certificate stating the date a copy was mailed to the attorneys for the defendants.

IT IS FURTHER ORDERED that the defendants file and serve a similar Statement of their case containing the same information two weeks after service of plaintiff's Statement. The defendants are further directed to file simultaneously with their Statement proposed findings of fact and conclusions of law. The pro se plaintiff may also file a proposed findings of fact and conclusions of law, but the plaintiff is not required to do so.

IT IS FURTHER ORDERED that any party may be prevented from presenting at trial any information that is not included in the required Statements.

IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide a courtesy copy to Chambers by sending them to this Court's Pro Se Office, Room 230, United States Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, the entry of judgment by default, or such other action as may be just in the circumstances.

SO ORDERED:

Dated:   New York, New York
         January 21, 2014

                                      _____
                                              DENISE COTE
                                      United States District Judge

Copies mailed to:


Thomas M. Curtis
Attorney At Law
1385 York Avenue, Suite 32-B
New York, NY 10021