UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
THOMAS M. CURTIS,

              Civil Action No. 13-cv-3007 (DLC)

    Plaintiff,

v.              **NOTICE OF APPEARANCE**

CENLAR FSB, d/b/a CENTRAL LOAN
ADMINISTRATION & REPORTING;
CENLAR AGENCY, INC., FEDERAL
HOME LOAN MORTGAGE
CORPORATION; AMERICAN
SECURITY INSURANCE COMPANY;
and ASSURANT, INC.,

    Defendants.
---------------------------------------------------------X

  **PLEASE TAKE NOTICE** that Constantine D. Pourakis, an attorney with and

shareholder in the law firm of Stevens & Lee, P.C., shall appear in this matter on behalf of

defendants Cenlar, FSB, Cenlar Agency, Inc. and Federal Home Loan Mortgage Corporation.

Dated: New York, New York   **STEVENS & LEE, P.C.**
   April 29, 2014

             By: */s/ Constantine D. Pourakis*
               Constantine D. Pourakis

             485 Madison Avenue, 20th Floor
             New York, New York 10022
             (212) 319-8500
             cp@stevenslee.com

             *Attorneys for Defendants*
             *Cenlar, FSB, Cenlar Agency, Inc. and*
             *Federal Home Loan Mortgage Corporation*