# THOMAS M. CURTIS

thomasmcurtis@yahoo.com

| | |
|---|---|
| 1385 York Avenue, Apt 32-B | Tel: (212) 734 4915 |
| New York, NY    10021 | Cell: (646) 981 8076 |

BY HAND TO THE PRO SE DESK

May 7, 2014

Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



      Re: Curtis v. Cenlar, et. al.
          Case No. 13-cv-3007-(DLC) (RLE)

Dear Judge Cote:

     I am writing you with regard to your Order dated 4/25/2014 which I received by mail on 5/3/14 in an envelope postmarked 4/28/14.

     I meant no disrespect by not serving an affidavit of service or affirmation on defense counsel but the *Pro Se* desk has in the past refused to accept an affirmation of service on defense counsel based on ECF Rules 9.1 and 9.2 effective July 19, 2013 for which they provide a handout stating that no affirmation of service need be attached to the documents filed by the ECF.

     Nonetheless I am providing an affirmation of service for this letter. In addition, I withdraw my request for a preliminary injunction and will not file a motion for a preliminary injunction because the five days allotted by the Court is insufficient to prepare such a motion based on the criteria set forth in the Order of 4/25/2014.

Respectfully submitted,

*[signature]*

Thomas M. Curtis

cc: Bradley Mitchell, Esq.
    Stevens & Lee, P.C.
    By ECF through the *Pro Se* desk

Case 1:13-cv-03007-DLC Document 63 Filed 05/07/14 Page 2 of 2

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
THOMAS M. CURTIS                    :
                                    :   Case No. 13-cv-3007-DLC
                Plaintiff,          :
                                    :
        -against-                   :
                                    :
CENLAR, FSB, d/b/a CENTRAL LOAN     :
ADMINISTRATION & REPORTING, CENLAR  :   AFFIRMATION OF SERVICE
AGENCY, INC., FEDERAL HOME LOAN     :
MORTGAGE CORPORATION, AMERICAN      :
SECURITY INSURANCE COMPANY, and     :
ASSURANT, INC.                      :
                                    :
                Defendants.         :
------------------------------------x
```

I, Thomas M. Curtis, affirm as follows:

I am the plaintiff in the within action and affirm under the penalty of perjury that I delivered the attached letter dated May 7, 2014 addressed to the Honorable Denise L. Cote to the *Pro Se* desk for ECF filing on this date so that the same shall be deemed service on the remaining defendants counsel, namely Bradley Mitchell, Esq., Stevens & Lee, P.C.

Dated: May 7, 2014

*/s/ Thomas M. Curtis*
Thomas M. Curtis