UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
THOMAS M. CURTIS,                        :
                                         :
                    Plaintiff,           :    13 Civ. 3007 (DLC)
          -v-                            :
                                         :         ORDER
                                         :
CENLAR FSB, d/b/a CENTRAL LOAN           :
ADMINISTRATION & REPORTING; CENLAR       :
AGENCY, INC., and FEDERAL HOME LOAN      :
MORTGAGE CORPORATION.                    :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

   The Court having received a letter from the pro se plaintiff Thomas Curtis dated May 7, 2014, by which Curtis withdraws his request for a preliminary injunction, it is hereby

   ORDERED that the hearing scheduled for May 30, 2014 is cancelled.


Dated:    New York, New York
          May 9, 2014

                              _____
                                     DENISE COTE
                              United States District Judge

COPY MAILED TO:

Thomas M. Curtis
Attorney At Law
1385 York Avenue, Suite 32-B
New York, NY 10021